**Bess ARMSTRONG, Appellant, v. STATE of Texas, Appellee. (No. 12921.)**

Court of Criminal Appeals of Texas. Oct. 23, 1929.

J. E. Clarke, of Hillsboro, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

**Joe BOWDEN, Appellant, v. STATE of Texas, Appellee. (No. 12631.)**

Court of Criminal Appeals of Texas. June 26, 1929.

Rehearing Denied Oct 23, 1929.

Myres & Pressly, of Ft. Worth, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is possession of a still and equipment for manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

No statement of facts or bills of exception appear in the record. No question is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.